UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**WENDELL KLEIN, ANNA KLEIN AND CARLTON KLEIN**,

        Plaintiffs,                Case No: 3:23-cv-69

v

**THE TRAVELERS INDEMNITY COMPANY OF AMERICA**,

        Defendant.

_____/

### NOTICE OF REMOVAL BASED ON DIVERSITY OF CITIZENSHIP

_____/

**NOW COMES** Defendant, The Travelers Indemnity Company of America ("Travelers") by and through its attorneys, Gregory, Meyer & Chapnick, P.C., and pursuant to 28 U.S.C.A. §1441, hereby files this Notice of Removal of a cause of action filed in the Trempealeau County of the State of Wisconsin entitled, *Wendell Klein, Anna Klein and Carlton Klein v. The Travelers Property Casualty Company of America*, Case No. 2022CV000150, and states:

    1.    This action was commenced in the Trempealeau County Circuit Court of the State of Wisconsin on December 9, 2022 and process as well as the initial pleading setting forth the claim for relief upon which the action is based, was first served on the Defendant on or about December 13, 2022 (**Exhibit 1**, Summons and Complaint).

    2.    The action is a civil action for breach of contract in an amount between $25,000 and $28,000, statutory interest pursuant to Wis. Stat. Sec. 628.46 and bad faith seeking unspecified punitive damages pursuant to Wis. Stat. section 895.043.

3. There exists complete diversity of citizenship of the parties. Plaintiffs are residents and citizens of the State of Wisconsin (**Exhibit 1**, Complaint ¶1). Defendant The Travelers Indemnity Company of America is incorporated in and has its principal place of business in the State of Connecticut (**Exhibit 1**, Complaint ¶4).

4. The amount in controversy exceeds $75,000.00, exclusive of interest and costs, based upon Plaintiff's counsel's January 3, 2023 email response from defense counsel asking for quantification of the amount in controversy confirming that Plaintiff seeks compensatory damages in excess of $25,000 and punitive damages, up to two times the compensatory damages under Wis. Stat. 895.043. (**Exhibit 2**, January 3, 2023 email from Christopher Dyer).

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 because this is a civil action in which the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interests, and Plaintiff and Defendant, are citizens of different states.

6. Venue is proper in this Court pursuant to 28 U.S.C. §102(a)(1) because it is the district and division embracing the place where such action is pending in accordance with 28 U.S.C. §1441(a).

8. No previous application has been made for the relief requested herein.

9. A copy of all process, pleadings, and orders served upon Defendant as well as a Proof of Service of written notice of this Notice of Removal to all adverse parties and a copy of same being filed with the clerk of the State court is being filed with this notice as required by 28 USC §1446(a) and (d).

10. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon counsel for the Plaintiff, and a copy is also being filed with the Clerk of the Circuit Court for the County of Trempealeau, State of Wisconsin.

**WHEREFORE**, Defendant respectfully requests that this action be removed from the Trempealeau County Circuit Court of the State of Wisconsin, to the United States District Court for the Western District of Wisconsin, and that this Court assume jurisdiction of this action and make such further orders as may be required to properly determine this controversy.

Respectfully submitted,

By: /s/ Kurt D. Meyer
KURT D. MEYER (SBW # 1121166)
**GREGORY, MEYER AND CHAPNICK, P.C.**
Attorneys for Defendant
340 E. Big Beaver Road, Ste. 520
Troy, MI 48083
(248) 689-3920/(248) 689-4560 -Fax
kmeyer@gregorylaw.com

Dated: January 30, 2023

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 30, 2023, a copy of the attached was served upon the following via email and first class mail to:

Christopher W. Dyer, #103667
DYER LAW FIRM, LLC.
200 Mason Street, Ste. 1
Onalaska, WI 54650
chrisdyer@centurytel.net

*Attorneys for Plaintiffs*

Trempealeau County Circuit Court by efiling.

/s/ Kurt D. Meyer
KURT D. MEYER (SBW # 1121166)
**GREGORY, MEYER & CHAPNICK, P.C.**
Attorney for Defendant
340 E. Big Beaver Road, Ste. 520
Troy, MI 48083
(248) 689-3920/(248) 689-4560 -Fax
kmeyer@gregorylaw.com