UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**WENDELL KLEIN, ANNA KLEIN AND CARLTON KLEIN**,

    Plaintiffs,

v

**THE TRAVELERS INDEMNITY COMPANY OF AMERICA**,

    Defendant.

Case No: 3:23-cv-00069-JDP
Hon. James D. Peterson
Magistrate Judge Anita M. Boor

## JOINT NOTICE OF SETTLEMENT

**NOW COME** Plaintiffs, Wendell Klein, Anna Klein and Carlton Klein and Defendant, The Travelers Indemnity Company of America ("Travelers"), by and through their attorneys of record, and hereby notify the Court that the parties have reached a settlement in the captioned as of June 6, 2024 and expect to complete the settlement and enter a dismissal of the case with prejudice by July 8, 2024.

Respectfully submitted,

/s/ Christopher W. Dyer w/Consent
CHRISTOPHER W. DYER
**DYER LAW FIRM, LLC**
200 Mason Street, Ste. 1
Onalaska, WI 54650
chrisdyer@centurytel.net

*Attorney for Plaintiffs*

/s/ Kurt D. Meyer
KURT D. MEYER (SBW # 1121166)
**GREGORY, MEYER AND CHAPNICK, P.C.**
340 E. Big Beaver Road, Ste. 520
Troy, MI 48083
(248) 689-3920/(248) 689-4560 -Fax
kmeyer@gregorylaw.com

*Attorneys for Defendant*

Dated: June 7, 2024

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 7, 2024, a copy of the attached was served upon Christopher W. Dyer via Court's efiling system.

Christopher W. Dyer
**Dyer Law Firm, LLC**
200 Mason Street, Ste. 1
Onalaska, WI  54650
chrisdyer@centurytel.net

*Attorney for Plaintiffs*

                                                                  /s/ Kurt D. Meyer
KURT D. MEYER (SBW # 1121166)
**GREGORY, MEYER & CHAPNICK, P.C.**
Attorney for Defendant Travelers
340 E. Big Beaver Road, Ste. 520
Troy, MI 48083
(248) 689-3920/(248) 689-4560 -Fax
kmeyer@gregorylaw.com